## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) Case No. 08-28225, *et al.* |
| LANCELOT INVESTORS FUND, L.P., *et al.* | ) (Jointly Administered) |
| | ) |
| Debtor. | ) |
| | ) Hon. Jacqueline P. Cox Presiding |
| | ) |

### FINAL ORDER GRANTING MOTION
### TO RETAIN TAX ACCOUNTANTS

THIS MATTER COMING TO BE HEARD upon the Trustee's Motion to Retain Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C., as his tax accountants (the "Motion"); the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of relief as set forth herein,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED in its entirety;

2. All objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, are overruled and disallowed on the merits;

3. The Trustee is hereby authorized, pursuant to section 327 of the Bankruptcy Code to employ the accounting firm of Alan D. Lasko & Associates, P.C., as his tax accountants in each of the above-captioned cases, retroactive to February 12, 2009.

08-28225:128.2:Application to Employ:Proposed Order Entered. 2/12/2009 4:32:51 PM by:Ronald Peterson Page 2 of 2

4.  Compensation of Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C., for accounting services rendered and reimbursement of expenses incurred in connection with its representation of the Trustee shall be pursuant to applications to be submitted to and approved by this Court from time to time during the pendency of the above-captioned chapter 7 cases, or pursuant to other orders of this Court.

5.  The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

2/19/09

ENTERED:

J. Cox            *Jacqueline P. Cox*

*Honorable Jacqueline P. Cox*
*UNITED STATES BANKRUPTCY JUDGE*