UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 08-28225, *et al.* |
| LANCELOT INVESTORS FUND, L.P., *et al.* | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox, Presiding |
| | ) | Hearing: April 27, 2009 at 9:30 a.m. |
| | ) | |

## FINAL ORDER GRANTING MOTION TO RETAIN MISSION CAPITAL ADVISORS, LLC

THIS MATTER COMING TO BE HEARD upon the Trustee's Application to Retain Mission Capital Advisors, LLC (the "Motion"); the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1134; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion and the hearing hereon has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of relief as set forth herein,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED in its entirety;

2. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, are overruled and disallowed on the merits;

Case 08-28225    Doc 197    Filed 04/29/09    Entered 04/30/09 08:23:03    Desc Main
Document    Page 2 of 2


3. The Trustee is hereby authorized, pursuant to section 327 of the Bankruptcy Code to employ Mission Capital Advisors LLC as his financial advisor in each of the above-captioned cases, retroactive to April 20, 2009.

4. Compensation of Mission Capital Advisors LLC for services rendered and reimbursement of expenses incurred in connection with its representation of the Trustee shall be pursuant to applications to be submitted to and approved by this Court from time to time during the pendency of the above-captioned chapter 7 cases, or pursuant to other orders of this Court.

5. The Trustee is authorized to make immediate payment of the Phase I fee and seeks approval to pay, the Trustee's discretion, the Phase II and Phase III fees without further application to this Court.

6. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

ENTERED *Jacqueline P. Cox*

*J. Cox*      April 29, 2009

The Honorable Jacqueline P. Cox
United States Bankruptcy Judge