IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 08-28225, *et al.* |
| LANCELOT INVESTORS FUND, L.P., *et al.* | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox Presiding |
| | ) | |

**ORDER PURSUANT TO SECTIONS 105(a) AND 704(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2004, AUTHORIZING THE TRUSTEE TO ISSUE SUBPOENAS AND CONDUCT EXAMINATIONS <u>OF CERTAIN PERSONS</u>**

This matter coming before the Court on the sevent supplemental motion (the "<u>Motion</u>")[3] of Ronald R. Peterson (the "<u>Trustee</u>"), chapter 7 trustee for debtor, for each of the above-captioned debtors (the "<u>Debtors</u>"), for entry of an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and section 105(a) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, authorizing the Trustee to issue subpoenas to, and conduct examinations of, certain persons in furtherance of his duties under section 704(a) of the Bankruptcy Code; this Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of relief as set forth herein,

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED.

---

[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2. The Trustee is authorized, but not directed, to conduct examinations under oath of the persons set forth on <u>Exhibit 1</u> hereto by issuance of a subpoena pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Chicago, Illinois
October 28, 2009

J. Cox    *Jacqueline P. Cox*
_____
THE HONORABLE JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

## Exhibit 1

*Persons to be Subpoenaed and Examined.*

Karl Benzinger
Joseph Barone