# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LANCELOT INVESTORS FUND, L.P., *et al.* | ) | Case No. 08-28225, *et al.* |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | Hon. Jacqueline P. Cox Presiding |

### ORDER GRANTING THE FINAL FEE APPLICATION OF
### MICHELE M. ROCAWICH, AS SPECIAL COUNSEL FOR THE TRUSTEE,
### FOR PAYMENT OF INTERIM COMPENSATION FOR SERVICES RENDERED

This matter coming before the Court on the Application (the "Application")[3] of Michele M. Rocawich ("Rocawich"), for entry of an order pursuant to sections 328 and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and the United States Trustee Fee Guidelines — Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "UST Guidelines"), granting the fee application of Michele M. Rocawich, as special counsel for the Trustee, for payment of compensation for services rendered, and authorization to receive further compensation pursuant to Rocawich's Court-approved compensation agreement with the Trustee without further notice, hearing, or order of the Court; the court finds that (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Application is in the best interests of the Debtors' estates, its creditors and other parties-in-

---

[3] Terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

interest; (d) due and sufficient notice of the Application was given; and (e) upon the record herein and after due deliberation and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Application is granted;

2. Rocawich is hereby allowed compensation in the amount of $29,200.44 for services rendered in connection with the bankruptcy estate of RWB Services, LLC;

3. The Trustee is hereby authorized to pay Rocawich for the professional services rendered during the Application Period;

4. The Trustee is also authorized to pay Rocawich, without further notice, hearing or order of this Court, forty percent (40%) of any future installment payments received by the Trustee pursuant to the Settlement entered into between the Trustee and Hartford Computer Group, Inc.;

5. All objections to the Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits;

6. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:
    February 11, 2010

*J. Cox*        *Jacqueline P. Cox*
                THE HONORABLE JACQUELINE P. COX
                UNITED STATES BANKRUPTCY JUDGE