UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                                        )        BK No.:   08-28225
                                                                                    )
LANCELOT INVESTORS FUND, L.P.,               )        Chapter: 7
et al.,                                                                     )
                                                                                    )        Honorable Jacqueline Cox
                                                                                    )
                                                                                    )
                Debtor(s)                                             )

### ORDER GRANTING THE FINAL FEE APPLICATION OF MISSION CAPITAL ADVISORS LLC, AS FINANCIAL ADVISORS FOR THE TRUSTEE, FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 20, 2009 THROUGH MAY 31, 2014

This matter coming before the Court on the Final Fee Application (the "Final Application") of Mission Capital Advisors LLC, for entry of an order pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and the United States Trustee Fee Guidelines — Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "UST Guidelines"), granting the final fee application of Mission Capital Advisors LLC, as financial advisor for the Trustee, for payment of compensation for services rendered and reimbursement of expenses from April 20, 2009 through May 31, 2014, the court finds that (a) it has jurisdiction over the matters raised in the Final Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the relief requested in the Final Application is in the best interests of the Debtors' estates, its creditors and other parties-in-interest; (d) due and sufficient notice of the Final Application was given; and (e) upon the record herein and after due deliberation and cause appearing therefore;

IT IS HEREBY ORDERED:

1. The Final Application is granted;

2. Mission Capital Advisors LLC is hereby allowed fees in the amount of $199,346 and reimbursement of expenses in the amount of $4,206.79 for services rendered for the period from April 20, 2009 through May 31, 2014 in connection with the above-captioned cases;

3. The Trustee is authorized to pay Mission Capital Advisors, LLC the unpaid fees and expenses due to it in the amount of $50,066.79;

4. All objections to the Final Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits;

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Rev: 20120209_bko

Enter: *Jacqueline P. Cox*
J. Cox

United States Bankruptcy Judge

Dated: SEP 15 2014

**Prepared by:**

Margaret M. Anderson
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, Illinois 60606
(312) 224-1200
(312) 224-1201

Rev: 20120209_bko