**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re                                                              )
                                                                         )
                                                                         )          Bankruptcy No. _____
                                                                         )
                                            Debtor.         )          Chapter                 _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From    _____, _____    through _____, _____

Amount of Fees Sought:     $_____

Amount of Expense Reimbursement Sought:      $_____

This is an:          Interim Application _____                      Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated:  _____          _____
                                                                                                            (Counsel)

Continuation of disclosure of prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 05/11/2018 | 10/1/2017-1/31/2018 | $41,132.50 | $41,132.50 | $41,132.50 |
| 8/10/2018 | 02/01/2018-05/31/2018 | $48,535.56 | $48,535.56 | $48,535.56 |
| 01/14/2019 | 06/01/2018-09/30/2018 | $121,699.00 | $121,699.00 | $121,699.00 |
| 4/26/19 | 10/01/2018-01/31/2019 | $136,072.95 | $136,072.95 | $136,072.95 |
| 9/4/2019 | 2/1/2019-5/31/2019 | $142,097.25 | $142,097.25 | $142,097.25 |
| 4/1/2020 | 6/1/2019-9/30/2019 | $101,139.00 | $101,139.00 | $101,139.00 |
| 10/19/2020 | 10/1/2019-1/31/2020 | $21,895.50 | $21,895.50 | $21,895.50 |
| 10/19/2020 | 2/1/2020-5/31/2020 | $15,667.00 | $15,667.00 | $15,667.00 |