IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| LANCELOT INVESTORS FUND, L.P., *et al.*, ) | Case No. 08-28225, *et al.* |
| ) | (Jointly Administered) |
| ) | |
| Debtor. ) | Hon. Jacqueline P. Cox Presiding |
| ) | |

Timothy Martin, after being duly sworn according to law, deposes and says:

1. I am a Managing Director of Huron Consulting Services LLC ("Huron"), a professional services firm engaged in the business of providing financial advisory and related professional consulting services. I make this certification in support of the Application of Huron for Compensation and for Reimbursement of Expenses as Financial Advisors to the Trustee for the Period from June 1, 2020 through September 30, 2020.

2. I have reviewed the requirements of Rule 5082-1 and prior Rule 607 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Local Rules"). The facts set forth in the foregoing Application are true and correct, and to the best of my knowledge, information and belief are in compliance with the Local Rules.

_____
Timothy J. Martin, Managing Director

SWORN TO AND SUBSCRIBED before me this 15th day of Dec, 2020.

Notary Republic
My Commission Expires


Tracy Ann Genzale
Notary Public, Commonwealth of Massachusetts
My Commission Expires April 1, 2027