# Exhibit A

## TIME SUMMARY BY ATTORNEY

| Rank | Full Name | Law School Class | Admitted to Practice | Billing Rate | Time | Amount |
|---|---|---|---|---|---|---|
| **ATTORNEYS** | | | | | | |
| Partner | Landon S. Raiford | 2008 | 2008 | 975 | 204.5 | $199,387.50 |
| **Partner Total** | | | | | **204.5** | **$199,387.50** |
| Associates | Adam T. Swingle | 2018 | 2018 | 660 | 1.5 | $990.00 |
| | | | | | | |
| **Associate Total** | | | | | **1.5** | **$990.00** |
| | | | | | | |
| **ATTORNEY TOTAL** | | | | | **206.0** | **$200,377.50** |
| **PARAPROFESSIONALS** | | | | | | |
| Paraprofessionals | Catherine R. Caracci | N/A | N/A | 360 | 24.2 | $8,712.00 |
| | Marc A. Patterson | N/A | N/A | 235 | 3.9 | $916.50 |
| **PARAPROFESSIONAL TOTAL** | | | | | **28.1** | **$9,628.5** |
| | | | | TOTAL | **234.1** | **$210,006.00** |