# Exhibit B

| Matter | Full Name | Billing Rate | Time | Amount |
|---|---|---|---|---|
| **TIME SUMMARY BY CATEGORY** ||||| 
| **CASE ADMINISTRATION - 10100** ||||| 
| | Landon S. Raiford | 975 | 148.8 | $145,080.00 |
| | Adam T. Swingle | 660 | 0.4 | $264.00 |
| | Catherine R. Caracci | 360 | 0.4 | $144.40 |
| | Marc A. Patterson | 235 | 3.9 | $916.50 |
| | **Total** | | **153.5** | **$146,404.50** |
| **CREDITOR COMMUNICATIONS - 10130** ||||| 
| | Landon S. Raiford | 975 | 35.6 | $34,710.00 |
| | **Total** | | **35.6** | **$34,710.00** |
| **FEE/EMPLOYMENT APPLICATIONS - 10140** ||||| 
| | Landon S. Raiford | 975 | 19.0 | $18,525.00 |
| | Adam T. Swingle | 660 | 1.1 | $726.00 |
| | Catherine R. Caracci | 360 | 18.7 | $6,732.00 |
| | **Total** | | **38.8** | **$25,983.00** |
| **GREGORY BELL - 10420** ||||| 
| | Landon S. Raiford | 975 | 1.1 | $1,072.50 |
| | **Total** | | **1.1** | **$1,072.50** |
| **COLOSSUS CAPITAL - 10820** ||||| 
| | Catherine R. Caracci | 360 | 5.1 | $1,836.00 |
| | **Total** | | **5.1** | **$1,836.00** |
| **GRAND TOTAL** | | | **234.1** | **$210,006.00** |