# Exhibit C

# February 2021

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9550

CLIENT NUMBER:          48378

RONALD R. PETERSON, AS TRUSTEE OF                           MARCH 10, 2021
ATTN: RONALD R. PETERSON                                    INVOICE #  9568051
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED                          $ 53,179.50
THROUGH FEBRUARY 28, 2021:

DISBURSEMENTS                                               $ 3.00

                                 TOTAL INVOICE              $ 53,182.50

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

RONALD R. PETERSON, AS TRUSTEE OF
ATTN: RONALD R. PETERSON
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  48378

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 28, 2021:

**CASE ADMINISTRATION**                                    **MATTER NUMBER - 10100**

| Date | | Hours | | Amount |
|------|------|------|------|------|
| 2/01/21 | MXP | 1.90 | Reviewed Lancelot Investors Fund II's Proposed Distribution List to update with current correct claimant's addresses. | 446.50 |
| 2/01/21 | LSR | 3.10 | Worked with Trustee on preparing Lancelot II distribution. | 3,022.50 |
| 2/02/21 | LSR | 1.80 | Continued addressing distribution issues. | 1,755.00 |
| 2/04/21 | LSR | 2.70 | Gathered information on status of Petters case for potential claim sale. | 2,632.50 |
| 2/05/21 | LSR | 1.30 | Looked into question from Liquidator re Lancelot Ltd. | 1,267.50 |
| 2/11/21 | LSR | 2.20 | Continued to look into potential sale of Petters claim. | 2,145.00 |
| 2/15/21 | LSR | 5.90 | Worked with staff on resolving numerous uncashed distribution checks. | 5,752.50 |
| 2/17/21 | LSR | 2.30 | Continued 2020 expense reallocation. | 2,242.50 |
| 2/18/21 | LSR | 4.10 | Continued to put together 2020 expense allocation. | 3,997.50 |
| 2/19/21 | LSR | 3.00 | Prepared for meeting with Trustee. | 2,925.00 |
| 2/22/21 | MXP | .50 | Attended Zoom meeting with R. Peterson and L. Raiford re preparing for distribution and coordinating service list for Axos Fiduciary Services. | 117.50 |
| 2/22/21 | LSR | 4.90 | Prepared for meeting with R. Peterson and M. Patterson re distributions (1.5); meeting re same (.8); worked with M. Patterson to address distribution issues (2.6). | 4,777.50 |
| 2/23/21 | LSR | 3.20 | Continued working on missing check issues. | 3,120.00 |
| 2/24/21 | LSR | 1.90 | Continued to work on distribution issues. | 1,852.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 2/25/21 | MXP | 1.50 | Reviewed Axos Fiduciary Services Proposed Distribution Chart to reconcile with current service list for Lancelot II distribution of checks. | 352.50 |
|---|---|---|---|---|
| 2/25/21 | LSR | 5.40 | Reviewed materials for potential sale of Petters claim. | 5,265.00 |
| | | 45.70 | PROFESSIONAL SERVICES | $ 41,671.50 |

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 41.80 | 975.00 | 40,755.00 |
| MARC A. PATTERSON | 3.90 | 235.00 | 916.50 |
| TOTAL | 45.70 | | $ 41,671.50 |

| MATTER 10100 TOTAL | | | $ 41,671.50 |
|---|---|---|---|

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CREDITOR COMMUNICATIONS**                                    **MATTER NUMBER - 10130**

| 2/04/21 | LSR | 3.40 | Responded to inquiries re missing distribution checks. | 3,315.00 |
| 2/05/21 | LSR | 2.90 | Responded to numerous creditor inquiries. | 2,827.50 |
| 2/09/21 | LSR | 1.00 | Responded to creditor inquiries. | 975.00 |
| 2/11/21 | LSR | .80 | Responded to creditor inquires. | 780.00 |
| 2/19/21 | LSR | 2.40 | Responded to numerous K-1 inquiries. | 2,340.00 |
| | | 10.50 | PROFESSIONAL SERVICES | $ 10,237.50 |

**SUMMARY OF CREDITOR COMMUNICATIONS**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 10.50 | 975.00 | 10,237.50 |
| TOTAL | 10.50 | | $ 10,237.50 |

MATTER 10130 TOTAL                                              $ 10,237.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**                    **MATTER NUMBER - 10140**

| | | | | |
|---|---|---|---|---|
| 2/03/21 | LSR | .30 | Edited January 2021 invoice. | 292.50 |
| 2/23/21 | ATS | .30 | Attended hearing on fee applications for Trustee, Huron, and Lasko. | 198.00 |
| 2/24/21 | LSR | .80 | Edited January invoice. | 780.00 |
| | | 1.40 | PROFESSIONAL SERVICES | $ 1,270.50 |

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 1.10 | 975.00 | 1,072.50 |
| ADAM T. SWINGLE | .30 | 660.00 | 198.00 |
| TOTAL | 1.40 | | $ 1,270.50 |

MATTER 10140 TOTAL                                              $ 1,270.50

**JENNER & BLOCK LLP**

LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 53.40 | 975.00 | 52,065.00 |
| ADAM T. SWINGLE | .30 | 660.00 | 198.00 |
| MARC A. PATTERSON | 3.90 | 235.00 | 916.50 |
| TOTAL | 57.60 | | $ 53,179.50 |

# March 2021

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:                48378

RONALD R. PETERSON, AS TRUSTEE OF                          APRIL 6, 2021
ATTN: RONALD R. PETERSON                          INVOICE #  9572430
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED                          $ 59,283.00
THROUGH MARCH 31, 2021:

DISBURSEMENTS                                                  $ 98.70

                    TOTAL INVOICE        $ 59,381.70

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

RONALD R. PETERSON, AS TRUSTEE OF
ATTN: RONALD R. PETERSON
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  48378

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MARCH 31, 2021:

**CASE ADMINISTRATION**                                    **MATTER NUMBER - 10100**

| Date | | Hours | Description | Amount |
|------|-----|------|-------------|-------|
| 3/02/21 | LSR | .30 | Call with Trustee re case status. | 292.50 |
| 3/03/21 | LSR | 3.60 | Continued to address distribution check issues. | 3,510.00 |
| 3/11/21 | LSR | 2.10 | Continued to prepare 2020 allocation. | 2,047.50 |
| 3/12/21 | LSR | 9.40 | Continued to prepare 2020 allocation. | 9,165.00 |
| 3/17/21 | LSR | 4.30 | Continued 2020 expense allocation. | 4,192.50 |
| 3/18/21 | LSR | 1.70 | Continued allocation project . | 1,657.50 |
| 3/24/21 | LSR | 3.10 | Continued to work on 2020 allocation (1.1); drafted motion re payment on certain distributions (2.0). | 3,022.50 |
| 3/25/21 | LSR | 3.10 | Continued updating distribution analysis. | 3,022.50 |
| 3/26/21 | LSR | 4.90 | Continued to work on allocation project. | 4,777.50 |
| 3/30/21 | LSR | 1.80 | Work on tax issues. | 1,755.00 |
| | | 34.30 | PROFESSIONAL SERVICES | $ 33,442.50 |

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 34.30 | 975.00 | 33,442.50 |
| TOTAL | 34.30 | | $ 33,442.50 |

MATTER 10100 TOTAL                                                    $ 33,442.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CREDITOR COMMUNICATIONS**                                  **MATTER NUMBER - 10130**

| | | | | |
|---|---|---|---|---|
| 3/02/21 | LSR | .80 | Responded to creditor inquiries. | 780.00 |
| 3/22/21 | LSR | 1.20 | Responded to inquiries re claim transfer. | 1,170.00 |
| 3/23/21 | LSR | 2.20 | Continued responding to creditor inquiries. | 2,145.00 |
| 3/25/21 | LSR | 2.00 | Communications with investors re various issues. | 1,950.00 |
| 3/31/21 | LSR | 1.00 | Responded to creditor inquiries. | 975.00 |
| | | 7.20 | PROFESSIONAL SERVICES | $ 7,020.00 |

**SUMMARY OF CREDITOR COMMUNICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 7.20 | 975.00 | 7,020.00 |
| TOTAL | 7.20 | | $ 7,020.00 |

MATTER 10130 TOTAL                                                      $ 7,020.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**                    **MATTER NUMBER - 10140**

| | | | | |
|---|---|---|---|---|
| 3/10/21 | LSR | 1.10 | Edited February invoice (.4); communications with A. Lasko re fees (.7). | 1,072.50 |
| 3/15/21 | LSR | 1.60 | Worked with staff on preparing fee app materials | 1,560.00 |
| 3/17/21 | CRC | 2.00 | Worked on 36th interim fee applications. | 720.00 |
| 3/18/21 | CRC | 2.60 | Worked on 36th interim fee applications. | 936.00 |
| 3/19/21 | LSR | 2.10 | Reviewed fee applications. | 2,047.50 |
| 3/19/21 | CRC | 3.40 | Worked on 36th interim fee applications. | 1,224.00 |
| 3/23/21 | CRC | 2.50 | Worked with Financial Services to obtain expense receipts for inclusion in 36th interim fee application and worked on additional exhibits to same. | 900.00 |
| 3/25/21 | LSR | .40 | Worked on latest fee application. | 390.00 |
| 3/26/21 | LSR | 3.10 | Worked on Lancelot fee application. | 3,022.50 |
| 3/26/21 | CRC | 1.20 | Worked on 36th interim fee application and corresponded with L. Raiford re same. | 432.00 |
| 3/29/21 | LSR | 3.70 | Prepared Lancelot fee materials. | 3,607.50 |
| | | 23.70 | PROFESSIONAL SERVICES | $ 15,912.00 |

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 12.00 | 975.00 | 11,700.00 |
| CATHERINE R. CARACCI | 11.70 | 360.00 | 4,212.00 |
| TOTAL | 23.70 | | $ 15,912.00 |

MATTER 10140 TOTAL                              $ 15,912.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**GREGORY BELL**                                             **MATTER NUMBER - 10420**

| | | | | |
|---|---|---|---|---:|
| 3/08/21 | LSR | 1.10 | Continued to address various tax issue for closing of case. | 1,072.50 |
| | | 1.10 | PROFESSIONAL SERVICES | $ 1,072.50 |

**SUMMARY OF GREGORY BELL**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| LANDON S. RAIFORD | 1.10 | 975.00 | 1,072.50 |
| TOTAL | 1.10 | | $ 1,072.50 |

MATTER 10420 TOTAL                                              $ 1,072.50

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**COLOSSUS CAPITAL FUND, L.P. - GENERAL**                          **MATTER NUMBER - 10820**

| | | | | |
|---|---|---|---|---|
| 3/24/21 | CRC | 2.50 | Worked on motion to make payment and reviewed service requirements. | 900.00 |
| 3/25/21 | CRC | .80 | Worked on motion to make payment. | 288.00 |
| 3/26/21 | CRC | 1.80 | Finalized motion to make payment and coordinated filing and service of same. | 648.00 |
| | | 5.10 | PROFESSIONAL SERVICES | $ 1,836.00 |

**SUMMARY OF COLOSSUS CAPITAL FUND, L.P. - GENERAL**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| CATHERINE R. CARACCI | 5.10 | 360.00 | 1,836.00 |
| TOTAL | 5.10 | | $ 1,836.00 |

| | | | |
|---|---|---|---|
| MATTER 10820 TOTAL | | | $ 1,836.00 |
| | TOTAL INVOICE | | $ 59,381.70 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 54.60 | 975.00 | 53,235.00 |
| CATHERINE R. CARACCI | 16.80 | 360.00 | 6,048.00 |
| TOTAL | 71.40 | | $ 59,283.00 |

# April 2021

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:          48378

RONALD R. PETERSON, AS TRUSTEE OF                          MAY 7, 2021
ATTN: RONALD R. PETERSON                          INVOICE #  9576754
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED                          $ 50,838.00
THROUGH APRIL 30, 2021:

DISBURSEMENTS                                                $ 42.70

                              TOTAL INVOICE          $ 50,880.70

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

RONALD R. PETERSON, AS TRUSTEE OF
ATTN: RONALD R. PETERSON
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  48378

FOR PROFESSIONAL SERVICES RENDERED
THROUGH APRIL 30, 2021:

**CASE ADMINISTRATION**                                    **MATTER NUMBER - 10100**

| Date | Init. | Hours | Description | Amount |
|------|------|------|-------------|-------:|
| 4/01/21 | LSR | .50 | Responded to tax inquiries. | 487.50 |
| 4/05/21 | LSR | 4.10 | Continued working on allocation through 2020 | 3,997.50 |
| 4/05/21 | LSR | 3.50 | Continued working on tax issues for 2021 K-1s | 3,412.50 |
| 4/06/21 | LSR | 4.00 | Worked on calculation of possible distribution in 2021 | 3,900.00 |
| 4/06/21 | ATS | .40 | Attended hearing re motion to make interim distribution to new claim holders. | 264.00 |
| 4/08/21 | LSR | 2.50 | Worked with accountant on tax issues in Receivership case | 2,437.50 |
| 4/12/21 | CRC | .40 | Updated service list re change in creditor name and address. | 144.00 |
| 4/16/21 | LSR | 3.30 | Continued allocation project. | 3,217.50 |
| 4/19/21 | LSR | 2.00 | Continued to work on expense allocation. | 1,950.00 |
| 4/20/21 | LSR | 4.80 | Picked up analysis for potential sale of remaining Petters claims (1.3); analysis of how sale would affect future distributions/allocations (3.5). | 4,680.00 |
| 4/21/21 | LSR | 3.60 | Addressed various tax issues. | 3,510.00 |
| 4/23/21 | LSR | 4.10 | Reviewed status of Petters proceedings (1.7); worked with staff on ensuring addresses are updated (2.4). | 3,997.50 |
| 4/30/21 | LSR | 5.10 | Continued working on 2021 expense allocation (2.5); communications re potential sale of Petters notes (2.6). | 4,972.50 |
| | | 38.30 | PROFESSIONAL SERVICES | $ 36,970.50 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 37.50 | 975.00 | 36,562.50 |
| ADAM T. SWINGLE | .40 | 660.00 | 264.00 |
| CATHERINE R. CARACCI | .40 | 360.00 | 144.00 |
| TOTAL | 38.30 | | $ 36,970.50 |

| | | |
|--|--|--|
| MATTER 10100 TOTAL | | $ 36,970.50 |

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CREDITOR COMMUNICATIONS**                                  **MATTER NUMBER - 10130**

| 4/07/21 | LSR | 2.10 | Reviewed and responded to tax inquiries | 2,047.50 |
|---------|-----|------|------------------------------------------|----------|
| 4/08/21 | LSR | .50 | Responded to creditor inquiries | 487.50 |
| 4/09/21 | LSR | 3.20 | Looked into KYC query re Bell | 3,120.00 |
| 4/12/21 | LSR | .50 | Responded to creditor inquiries. | 487.50 |
| 4/21/21 | LSR | 1.60 | Responded to creditor inquiries. | 1,560.00 |
| 4/27/21 | LSR | .50 | Responded to creditor inquiries. | 487.50 |
| | | 8.40 | PROFESSIONAL SERVICES | $ 8,190.00 |

**SUMMARY OF CREDITOR COMMUNICATIONS**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 8.40 | 975.00 | 8,190.00 |
| TOTAL | 8.40 | | $ 8,190.00 |

MATTER 10130 TOTAL                                                        $ 8,190.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**                    **MATTER NUMBER - 10140**

| | | | | |
|---|---|---|---|---|
| 4/01/21 | LSR | .60 | Prepared fee apps for filing. | 585.00 |
| 4/01/21 | CRC | 3.70 | Finalized and coordinated filing of Jenner, Meagher & Geer, and Huron fee applications. | 1,332.00 |
| 4/06/21 | LSR | .20 | Edited March 2021 invoice | 195.00 |
| 4/19/21 | LSR | .70 | Addressed fee app issues. | 682.50 |
| 4/19/21 | CRC | 2.50 | Prepared Huron fee application, reviewed for issues, and coordinated filing of same. | 900.00 |
| 4/20/21 | ATS | .50 | Prepared for (.2) and attended hearing re fee Jenner, Lasko, Meagher, and liquidator fee applications (.3). | 330.00 |
| 4/21/21 | LSR | 1.40 | Began preparations for next round of fee applications. | 1,365.00 |
| 4/21/21 | CRC | .80 | Updated and organized fee applications file. | 288.00 |
| | | 10.40 | PROFESSIONAL SERVICES | $ 5,677.50 |

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 2.90 | 975.00 | 2,827.50 |
| ADAM T. SWINGLE | .50 | 660.00 | 330.00 |
| CATHERINE R. CARACCI | 7.00 | 360.00 | 2,520.00 |
| TOTAL | 10.40 | | $ 5,677.50 |

MATTER 10140 TOTAL                                          $ 5,677.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 48.80 | 975.00 | 47,580.00 |
| ADAM T. SWINGLE | .90 | 660.00 | 594.00 |
| CATHERINE R. CARACCI | 7.40 | 360.00 | 2,664.00 |
| TOTAL | 57.10 | | $ 50,838.00 |

# May 2021

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:          48378

RONALD R. PETERSON, AS TRUSTEE OF                                    JUNE 8, 2021
ATTN: RONALD R. PETERSON                                     INVOICE #  9580801
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED                              $ 46,705.50
THROUGH MAY 31, 2021:

DISBURSEMENTS                                                                        $ 2.04

                                  TOTAL INVOICE          $ 46,707.54

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

RONALD R. PETERSON, AS TRUSTEE OF
ATTN: RONALD R. PETERSON
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  48378

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2021:

**CASE ADMINISTRATION**                                    **MATTER NUMBER - 10100**

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 5/03/21 | LSR | 4.70 | Continued to work on potential sale of Petters claims | 4,582.50 |
| 5/06/21 | LSR | 2.40 | Evaluated potential recoveries from Polaroid estates | 2,340.00 |
| 5/07/21 | LSR | 3.20 | Reviewed reports re anticipated future distributions | 3,120.00 |
| 5/11/21 | LSR | 2.80 | Responded to inquiries from potential claim purchaser | 2,730.00 |
| 5/13/21 | LSR | 3.60 | Pulled and summarized requested information for potential claim purchaser | 3,510.00 |
| 5/14/21 | LSR | 3.60 | Reviewed Petters litigation update/analysis | 3,510.00 |
| 5/17/21 | LSR | 2.50 | Reviewed potential distribution outcomes in Petters case. | 2,437.50 |
| 5/19/21 | LSR | 2.50 | Quality control check of latest allocation project. | 2,437.50 |
| 5/20/21 | LSR | 2.40 | Responded to allocation issues (.8); further analysis of potential recovery in Petters (1.6). | 2,340.00 |
| 5/21/21 | LSR | 4.50 | Continued to work on allocation project (3.1); reviewed potential further recovery in Polaroid (1.4). | 4,387.50 |
| 5/26/21 | LSR | 3.00 | Continued allocation project. | 2,925.00 |
| | | 35.20 | PROFESSIONAL SERVICES | $ 34,320.00 |

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 35.20 | 975.00 | 34,320.00 |
| TOTAL | 35.20 | | $ 34,320.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

MATTER 10100 TOTAL                                                    $ 34,320.00

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CREDITOR COMMUNICATIONS**                                    **MATTER NUMBER - 10130**

| | | | | |
|---|---|---|---|---|
| 5/04/21 | LSR | 3.90 | Communications with creditor re claim purchasing inquiries (1.0); researched answers to claim purchasing queries (2.9) | 3,802.50 |
| 5/11/21 | LSR | 1.50 | Reviewed invoices for payment | 1,462.50 |
| 5/12/21 | LSR | 1.40 | Responded to creditor inquiries | 1,365.00 |
| 5/20/21 | LSR | 1.80 | Responded to creditor inquiries. | 1,755.00 |
| 5/26/21 | LSR | .90 | Responded to creditor inquiries. | 877.50 |
| | | 9.50 | PROFESSIONAL SERVICES | $ 9,262.50 |

**SUMMARY OF CREDITOR COMMUNICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 9.50 | 975.00 | 9,262.50 |
| TOTAL | 9.50 | | $ 9,262.50 |

MATTER 10130 TOTAL                                                    $ 9,262.50

## JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**                    **MATTER NUMBER - 10140**

| | | | | |
|---|---|---|---|---|
| 5/06/21 | LSR | .50 | Edited April invoice | 487.50 |
| 5/13/21 | LSR | 2.50 | Began preparing next round of fee applications | 2,437.50 |
| 5/18/21 | ATS | .30 | Attended hearing re Huron fee application. | 198.00 |
| | | 3.30 | PROFESSIONAL SERVICES | $ 3,123.00 |

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 3.00 | 975.00 | 2,925.00 |
| ADAM T. SWINGLE | .30 | 660.00 | 198.00 |
| TOTAL | 3.30 | | $ 3,123.00 |

MATTER 10140 TOTAL                                        $ 3,123.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 47.70 | 975.00 | 46,507.50 |
| ADAM T. SWINGLE | .30 | 660.00 | 198.00 |
| TOTAL | 48.00 | | $ 46,705.50 |