# Exhibit D

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNT |
|---|---:|
| B&W Copy | $4.18 |
| Messenger Services | $65.46 |
| Pacer Charges | $40.50 |
| Photocopy Expense | $5.50 |
| Postage Expense | $30.80 |
| **TOTAL DISBURSEMENT** | **$146.44** |