# Exhibit E

# February 2021

**JENNER & BLOCK LLP**

Law Offices
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                **MATTER NUMBER - 10190**

| Date | Description | Amount |
|---|---|---:|
| 2/01/21 | Postage Expense | 1.02 |
| 2/22/21 | B&W Copy | 1.21 |
| 2/24/21 | B&W Copy | .77 |
| | TOTAL DISBURSEMENTS | $ 3.00 |

MATTER 10190 TOTAL                                            $ 3.00
                                                             TOTAL INVOICE      $ 53,182.50

# March 2021

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**     **MATTER NUMBER - 10190**

| | | |
|---|---|---:|
| 3/04/21 | Photocopy Expense | 5.50 |
| 3/05/21 | Postage Expense | 27.74 |
| 3/10/21 | US Messenger 02/24/2021 | 65.46 |
| | TOTAL DISBURSEMENTS | $ 98.70 |

MATTER 10190 TOTAL     $ 98.70

# April 2021

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**  **MATTER NUMBER - 10190**

| Date | Description | Amount |
|---|---|---:|
| 3/26/21 | B&W Copy | 2.20 |
| 4/07/21 | Pacer Charges; PACER SERVICE CENTER; 04/07/2021; 1/01/2021-03/31/2021. | 35.40 |
| 4/07/21 | Pacer Charges; PACER SERVICE CENTER; 04/07/2021; Period:01/01/2021-03/31/2021. | 1.30 |
| 4/07/21 | Pacer Charges; PACER SERVICE CENTER; 04/07/2021; 1/01/2021-03/31/2021. | 1.80 |
| 4/23/21 | 2021 Quarter 1 PACER Charges | 2.00 |
| | TOTAL DISBURSEMENTS | $ 42.70 |

MATTER 10190 TOTAL $ 42.70
TOTAL INVOICE $ 50,880.70

# May 2021

**LAW OFFICES**
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**  **MATTER NUMBER - 10190**

| | | |
|---|---|---:|
| 5/07/21 | Postage Expense | 1.02 |
| 5/20/21 | Postage Expense | 1.02 |
| | TOTAL DISBURSEMENTS | $ 2.04 |

MATTER 10190 TOTAL  $ 2.04
TOTAL INVOICE  $ 46,707.54