# Exhibit F

# March 2021

Jenner & Block

# Transaction Detail by Account

(Transaction Data, 3/5/21 to 3/5/21 (Transaction Date), Matter Number equals '48378-10190' and Disbursement equals 'Mail')

| Date/Time | User | Details | Duration | Qty | Currency | Charge |
|---|---|---|---|---|---|---|
| **Matter: 48378-10190   (RONALD R. PETERSON AS TRUSTEE / EXPENSES)** | | | | | | |
| **Disbursement: Mail** | | | | | | |
| 03/05/2021 00:00 | Bluett, Jarrett | | 0:00:00 | 54 | USD | 27.74 |
| | | Subtotal | 0:00:00 | 54 | USD | 27.74 |
| | | Total Matter: 48378-10190   (RONALD R. PETERSON AS TRUSTEE / EXPENSES) | | | USD | 27.74 |
| | | Grand Totals: | | | USD | 27.74 |

Created 8/16/2021 at 10:32:05AM                                                                                                              Page 1 of 1

US Messenger & Logistics, Inc.
Account #            8912
Inv. Date:           03/06/2021
Inv. #:              8912_49821
Total Orders:        121
Inv. Total:          7079.44



| OrderTrackingID | RefNo1 | RefNo2 | OrderDate | DCoName | DStreet | DStreet2 | DCity | PCoName | PStreet | PCity | GrandTotal |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1155.022421 | 48378-10190 | | 02/24/2021 | Ronald Peterson | 171 Kimberly Ln | | Lake Forest | Jenner & Block LLP | 353 N Clark St | Chicago | 65.46 |

# April 2021



**Public Access to Court Electronic Records**

# INVOICE

Invoice Date:  04/07/2021
Usage From:  01/01/2021    to:  03/31/2021

Account Summary

| | |
|---|---:|
| **Account #:** | 3390182 |
| **Invoice #:** | 3390182-Q12021 |
| **Due Date:** | 05/10/2021 |



### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage Your Account** section of the PACER website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
**74-2747938**

Questions about the invoice? Visit
**pacer.uscourts.gov/billing**

### Eight Courts Convert to NextGen in Q1

In the first quarter, eight courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:
* California Northern Bankruptcy
* Delaware Bankruptcy
* Kentucky Eastern Bankruptcy
* Mississippi Northern District
* New York Eastern Bankruptcy
* Tennessee Western Bankruptcy
* Washington Eastern District
* Wisconsin Eastern Bankruptcy

Continue to check your court's website for more information on when it will convert to NextGen.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date |
|---|---|
| 3390182 | 05/10/2021 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

Visit pacer.uscourts.gov for address changes.

Jenner & Block LLP
Landon Raiford
353 N Clark St
Chicago, IL 60654

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

L. Raiford Pacer Charges by Client:

| | |
|---|---:|
| 48378-10190 | 35.40 |
|  | |

ⓘ  **Modified Filing Procedures Address Security Concerns**

The federal Judiciary is <u>responding to the recent disclosure</u> of wide-spread cybersecurity breaches of government computer systems with new security procedures to protect highly sensitive confidential documents. New procedures will not change current policies regarding public access to court records.

ⓘ  **PACER Maintenance, 04/18/2021**

Our systems will undergo maintenance on <u>Sunday, April 18, 2021</u> from 4:00 a.m. to 6:00 p.m. EST. Access to certain portions of this site may be temporarily unavailable

An official website of the United States government.    Here's how you know.  ⌄

# BILLING HISTORY

[ Close ]

**Summary Details Transaction Report by Date**
**All**
**from 01/01/2021 to 03/31/2021**

Thu Apr 15 15:15:35 CDT 2021
**jb005818**

[ Back ]  [ New Search ]

| | | | Billing Transactions | | | |
|---|---|---|---|---|---|---|
| Login | Court | Date | Client Code | Pages | Audio | Cost |
| **01/14/2021** | | | | | | |
| 3390182 | ILNBK | 01/14/2021 | 48378-10190 | 13 | 0 | $1.30 |
| Subtotal: | | | 13 | pages | | $1.30 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $1.30 |
| **01/18/2021** | | | | | | |
| 3390182 | ILNBK | 01/18/2021 | 48378-10190 | 7 | 0 | $0.70 |
| Subtotal: | | | 7 | pages | | $0.70 |
| | | | 0 | audio files ($2.40 ea) | | $0.00 |
| | | | | | | $0.70 |
| [redacted] | | | | | | |
| 3390182 | 02CA | 02/01/2021 | 48378-10190 | 101 | 0 | $10.10 |

| Login | Court | Date | Client Code | Pages | Audio | Cost |
|---|---|---|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | ███████ |
| **02/03/2021** | | | | | | |
| 3390182 | MNDC | 02/03/2021 | 48378-10190 | 12 | 0 | $1.20 |
| Subtotal: | | | 12 | pages | $1.20 | |
| | | | 0 | audio files ($2.40 ea) | $0.00 | |
| | | | | | $1.20 | |
| **02/04/2021** | | | | | | |
| 3390182 | ILNBK | 02/04/2021 | 48378-10190 | 22 | 0 | $2.20 |
| Subtotal: | | | 22 | pages | $2.20 | |
| | | | 0 | audio files ($2.40 ea) | $0.00 | |
| | | | | | $2.20 | |
| **03/02/2021** | | | | | | |
| 3390182 | ILNBK | 03/02/2021 | 48378-10190 | 9 | 0 | $0.90 |
| Subtotal: | | | 9 | pages | $0.90 | |
| | | | 0 | audio files ($2.40 ea) | $0.00 | |
| | | | | | $0.90 | |
| **03/03/2021** | | | | | | |
| 3390182 | DEBK | 03/03/2021 | 48378-10190 | 30 | 0 | $3.00 |
| 3390182 | ILNBK | 03/03/2021 | 48378-10190 | 26 | 0 | $2.60 |
| Subtotal: | | | 56 | pages | $5.60 | |
| | | | 0 | audio files ($2.40 ea) | $0.00 | |
| | | | | | $5.60 | |
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | ███████ |
| **03/15/2021** | | | | | | |
| 3390182 | ILNBK | 03/15/2021 | 48378-10190 | 96 | 0 | $9.60 |
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | ███████ |
| **03/17/2021** | | | | | | |
| 3390182 | NYSDC | 03/17/2021 | 48378-10190 | 30 | 0 | $3.00 |
| Subtotal: | | | 30 | pages | $3.00 | |
| | | | 0 | audio files ($2.40 ea) | $0.00 | |
| | | | | | $3.00 | |
| **03/22/2021** | | | | | | |
| 3390182 | ILNBK | 03/22/2021 | 48378-10190 | 8 | 0 | $0.80 |
| Subtotal: | | | 8 | pages | $0.80 | |
| | | | 0 | audio files ($2.40 ea) | $0.00 | |
| | | | | | $0.80 | |
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | ███████ |