# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Lancelot Investors Fund, L.P., et al.    )
                                                )
                                                )   Bankruptcy No. __08-28225, et al__
                                                )
                                      Debtor.   )   Chapter __7__

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: __Huron Consulting Services, LLC__

Authorized to Provide Professional Services to: __Ronald R. Peterson, Chapter 7 Trustee__

Date of Order Authorizing Employment: __October 8, 2015 (retroactive to 8/31/2015)__

Period for Which Compensation is Sought:
From __February 1__, __2021__ through __May 31__, __2021__

Amount of Fees Sought: $ __9,977.50__

Amount of Expense Reimbursement Sought: $ _____

This is an:   Interim Application __✔__        Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 04/07/16 | 08/31/15 - 01/31/16 | $149,012.40 | $149,012.40 | |
| 07/14/16 | 02/01/16 - 05/31/16 | $211,419.58 | $211,419.58 | |
| 11/7/16 | 6/1/16-9/30/16 | $142,314.00 | $142,314.00 | |
| 4/11/17 | 10/1/16-1/31/17 | $152,398.26 | $150,066.50 | |
| 9/25/17 | 2/1/17-5/31/17 | $61,196.26 | $61,196.26 | |
| 12/1/17 | 6/1/17-9/30/17 | $204,523.50 | $204,523.50 | |

Dated: __8/26/2021__                                   __/s/ Ronald R. Peterson__
                                                               (Counsel)

Continuation of disclosure of prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 05/11/2018 | 10/1/2017-1/31/2018 | $41,132.50 | $41,132.50 | $41,132.50 |
| 8/10/2018 | 02/01/2018-05/31/2018 | $48,535.56 | $48,535.56 | $48,535.56 |
| 01/14/2019 | 06/01/2018-09/30/2018 | $121,699.00 | $121,699.00 | $121,699.00 |
| 4/26/19 | 10/01/2018-01/31/2019 | $136,072.95 | $136,072.95 | $136,072.95 |
| 9/4/2019 | 2/1/2019-5/31/2019 | $142,097.25 | $142,097.25 | $142,097.25 |
| 4/1/2020 | 6/1/2019-9/30/2019 | $101,139.00 | $101,139.00 | $101,139.00 |
| 10/19/2020 | 10/1/2019-1/31/2020 | $21,895.50 | $21,895.50 | $21,895.50 |
| 10/19/2020 | 2/1/2020-5/31/2020 | $15,667.00 | $15,667.00 | $15,667.00 |
| 1/25/2021 | 6/1/2020-9/30/2020 | $36,649.50 | $36,649.50 | $36,649.50 |
| 4/19/2021 | 10/1/2020-1/31/2021 | $31,734.50 | $31,734.50 | $31,734.50 |