## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LANCELOT INVESTORS FUND, L.P., *et al.,* | ) | Case No. 08-28225, *et al.* |
| | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox Presiding |
| | ) | |

Timothy Martin, after being duly sworn according to law, deposes and says:

1.     I am a Managing Director of Huron Consulting Services LLC ("Huron"), a professional services firm engaged in the business of providing financial advisory and related professional consulting services. I make this certification in support of the Application of Huron for Compensation and for Reimbursement of Expenses as Financial Advisors to the Trustee for the Period from February 1, 2021 through May 31, 2021.

2.     I have reviewed the requirements of Rule 5082-1 and prior Rule 607 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Local Rules"). The facts set forth in the foregoing Application are true and correct, and to the best of my knowledge, information and belief are in compliance with the Local Rules.



Timothy J. Martin, Managing Director

SWORN TO AND SUBSCRIBED before me this 28th day of July 2021.

Notary Republic
My Commission Expires

Tracy Ann Genzale
Notary Public, Commonwealth of Massachusetts
My Commission Expires     April 1, 2027