# Exhibit A

**EXHIBIT A**

**LANCELOT INVESTORS FUND, L.P., et al.,**
**February 1 through May 31, 2021**

**Summary Sheet**

| In re: | ) IN PROCEEDINGS UNDER | Fees Previously Requested: | $ 1,611,758.75 | NAME OF APPLICANT: |
| Lancelot Investors Fund, L.P., et al., | ) CHAPTER 7 | Fees Previously Awarded: | $ 1,609,205.75 | Huron Consulting |
| | ) | | | Services LLC |
| | ) | Expenses Previously Requested: | $ 8,931.25 | ROLE IN THE CASE: |
| | ) Case No. 08-28225, *et al.* | Expenses Previously Awarded: | $ 8,931.25 | Financial Advisors |
| | ) (Jointly Administered) | | | to the Trustee |
| Debtors. | ) | CURRENT APPLICATION: | | |
| | | Fees Requested | $ 9,977.50 | |
| | | Expenses Requested | $ - | |
| | | | $ 9,977.50 | |

| PROFESSIONALS | | | | Fees Billed |
| Employee Name | Titles | Current Hours Billed | Rate | in Application |
| Martin, Timothy | Managing Director | 2.1 | $ 995.00 | 2,089.50 |
| Wooley, Erin | Director | 13.6 | 580.00 | 7,888.00 |
| Joseph, Anju P. | Director | - | 535.00 | - |
| | | 15.7 | | $ 9,977.50 |
| Less 50% for Travel | | | | - |
| Total fees covering February 1, 2021 through May 31, 2021 | | | | $ 9,977.50 |
| | | Total Hourly Blended Rate | $ 635.51 | |

\*  Bill rate adjustment consistent with competitive market rates and years of experience.