# Exhibit B

**EXHIBIT B**

LANCELOT INVESTORS FUND, L.P., et al.,
February 1 through May 31, 2021
Summary of Hours Incurred by Category

Listed below are the hours incurred and associated fees for each time category:

|      | Time Category                          | Hours | Fees        |
|------|----------------------------------------|-------|-------------|
| D-1  | Claims Analysis                        | 8.1   | $ 5,569.50  |
| D-2  | Employment/Fee Applications            | 3.7   | 2,146.00    |
| D-3  | Investigation and Litigation Support   | -     | -           |
| D-4  | Petters' Estate Claims                 | 3.9   | 2,262.00    |
| D-5  | Polaroid Estate Claims                 | -     | -           |
| D-6  | Travel                                 | -     | - *         |
| D-7  | Gypsum Litigation                      | -     | -           |
| D-8  | Tax Analysis                           | -     | -           |
| **Total Hours and Fees Requested** | | **15.7** | **$ 9,977.50** |

\* See Exhibit A for 50% travel reduction.

**EXHIBIT B-1**

LANCELOT INVESTORS FUND, L.P., et al.,
February 1 through May 31, 2021
Summary of Hours Incurred by Professional

| Employee Name | Titles | Claims Analysis | Employment/Fee Applications | Investigation and Litigation Support | Petters' Estate Claims | Polaroid Estate Claims | Travel | Gypsum Litigation | Tax Analysis | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Martin, Timothy | Managing Director | 2.1 | - | - | - | - | - | - | - | 2.1 |
| Wooley, Erin | Director | 6.0 | 3.7 | - | 3.9 | - | - | - | - | 13.6 |
| Joseph, Anju P. | Director | - | - | - | - | - | - | - | - | - |
| Total Hours | | 8.1 | 3.7 | - | 3.9 | - | - | - | - | 15.7 |

**EXHIBIT B-2**

LANCELOT INVESTORS FUND, L.P., et al.,
February 1 through May 31, 2021
Summary of Fees Incurred by Professional

| Employee Name | Titles | Claims Analysis | Employment/Fee Applications | Investigation and Litigation Support | Petters' Estate Claims | Polaroid Estate Claims | Travel | Gypsum Litigation | Tax Analysis | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Martin, Timothy | Managing Director | $ 2,089.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,089.50 |
| Wooley, Erin | Director | 3,480.00 | 2,146.00 | - | 2,262.00 | - | - | - | - | 7,888.00 |
| Joseph, Anju P. | Director | - | - | - | - | - | - | - | - | - |
| Total Hours | | $ 5,569.50 | $ 2,146.00 | $ - | $ 2,262.00 | $ - | $ - | $ - | $ - | $ 9,977.50 |