# Exhibit C

**EXHIBIT C**

LANCELOT INVESTORS FUND, L.P., et al.,
Summary of Expenses
February 1 through May 31, 2021

Listed below are the expenses incurred for each expense category:

| Expense Category | Amount |
| --- | --- |
| Airfare | $ - |
| Ground Transportation | $ - |
| Meals | $ - |
| Lodging | $ - |
| Postage, Messenger, Shipping | $ - |

| | |
| --- | --- |
| **Total Expenses Requested** | $ - |