# Exhibit D

**EXHIBIT D-1**

LANCELOT INVESTORS FUND, L.P., et al.,
Claims Analysis
February 1 through May 31, 2021

| Name | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wooley, Erin | 02/05/21 | Correspond with H. Ennis (Duff & Phelps) with regard to a request about Trustee receipts and expenses. | 0.2 | $ 580.00 | 116.00 |
| Martin, Timothy | 02/02/21 | Review Trustee's estate accounting records. | 0.8 | 995.00 | 796.00 |
| Wooley, Erin | 02/08/21 | Prepare schedule of Trustee receipts, disbursements and claims distributions pursuant to a request from H. Ennis (Duff & Phelps). | 1.1 | 580.00 | 638.00 |
| Martin, Timothy | 02/25/21 | Discussion regarding implementation of accounting changes. | 0.4 | 995.00 | 398.00 |
| Wooley, Erin | 03/02/21 | Review claims distribution for Lancelot II and correspond with G. Sullivan (Axos) regarding same. | 0.3 | 580.00 | 174.00 |
| Martin, Timothy | 03/23/21 | Review of updated accounting records. | 0.2 | 995.00 | 199.00 |
| Wooley, Erin | 04/06/21 | Correspond with L. Raiford (Jenner) regarding expense allocation. | 0.1 | 580.00 | 58.00 |
| Wooley, Erin | 04/07/21 | Prepare request to G. Sullivan (Axos) with regard to Trustee Form 2 transactions. | 0.2 | 580.00 | 116.00 |
| Martin, Timothy | 04/14/21 | Call with L. Raiford (Jenner) regarding classifications of expense. | 0.2 | 995.00 | 199.00 |
| Wooley, Erin | 05/04/21 | Review Form 2 transactions for the period 7/1/20 - 12/31/20. | 0.8 | 580.00 | 464.00 |
| Wooley, Erin | 05/04/21 | Prepare reconciliation of Form 2 balances for the period 7/1/20 - 12/31/20. | 1.3 | 580.00 | 754.00 |
| Wooley, Erin | 05/04/21 | Analyze expenses for reallocation for the period 7/1/20 to 12/31/20. | 1.1 | 580.00 | 638.00 |
| Wooley, Erin | 05/04/21 | Prepare summary by UTC code for the reallocation of expenses for the period 7/1/20 - 12/31/20. | 0.9 | 580.00 | 522.00 |
| Martin, Timothy | 05/14/21 | Review of distribution calculations. | 0.5 | 995.00 | 497.50 |
| | | ***Claims Analysis Total*** | **8.1** | | **$ 5,569.50** |

**EXHIBIT D-2**

LANCELOT INVESTORS FUND, L.P., et al.,
Employment/Fee Applications
February 1 through May 31, 2021

| Name | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wooley, Erin | 02/25/21 | Review outstanding receivables balance for the period June - September 2020, pursuant to request from L. Raiford (Jenner). | 0.4 | $ 580.00 | 232.00 |
| Wooley, Erin | 04/05/21 | Review outstanding accounts receivable. | 0.3 | $ 580.00 | 174.00 |
| Wooley, Erin | 04/05/21 | Draft narrative for interim fee application covering October 2020 through January 2021. | 0.7 | $ 580.00 | 406.00 |
| Wooley, Erin | 04/06/21 | Prepare exhibits for Oct 2020 - January 2021 interim fee application. | 0.9 | $ 580.00 | 522.00 |
| Wooley, Erin | 04/06/21 | Update interim fee application. | 0.6 | $ 580.00 | 348.00 |
| Wooley, Erin | 04/16/21 | Prepare monthly fee application for the February and March 2021. | 0.8 | $ 580.00 | 464.00 |
| | | ***Employment/Fee Applications Total*** | **3.7** | | **$ 2,146.00** |

**EXHIBIT D-4**

LANCELOT INVESTORS FUND, L.P., et al.,
Petters' Estate Claims
February 1 through May 31, 2021

| Name | Date | Description | Time | Rate | Amount |
|---|---|---|---|---|---|
| Wooley, Erin | 05/03/21 | Analyze documents for information related to Petters claims. | 0.5 | 580.00 | 290.00 |
| Wooley, Erin | 05/13/21 | Review Trustee Form 1 and reconcile to summary of Petters and Polaroid receipts. | 0.4 | 580.00 | 232.00 |
| Wooley, Erin | 05/13/21 | Analyze Trustee Form 2 for receipts related to Petters and Polaroid. | 0.6 | 580.00 | 348.00 |
| Wooley, Erin | 05/13/21 | Prepare analysis of Petters and Polaroid receipts, by Debtor. | 2.2 | 580.00 | 1,276.00 |
| Wooley, Erin | 05/14/21 | Update analysis of receipts from Petters and Polaroid. | 0.2 | 580.00 | 116.00 |
| | | ***Petters' Estate Claims Total*** | **3.9** | **$** | **2,262.00** |