# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Lancelot Investors Fund, L.P., et al.     )
                                                  )
                                                  )   Bankruptcy No. ___08-28225, et al___
                                                  )
                     Debtor.                      )   Chapter ___7___

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: ___Jenner & Block LLP___

Authorized to Provide Professional Services to: ___Ronald R. Peterson, Chapter 7 Trustee___

Date of Order Authorizing Employment: ___October 28, 2008 (retroactive to 10/20/2008)___

Period for Which Compensation is Sought:
From ___June 1___, ___2021___ through ___September 30___, ___2021___

Amount of Fees Sought: $ 131,230.50

Amount of Expense Reimbursement Sought: $ 52.82

This is an:    Interim Application ___✔___        Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 03/02/2009 | 10/20/08-1/31/09 | $1,544,945.61 | $1,541,600.88 | $1,541,600.88 |
| 07/13/2009 | 02/01/09-5/31/09 | $1,500,166.66 | $1,491,251.71 | $1,491,251.71 |
| 12/02/2009 | 06/01/09-9/30/09 | $ 891,261.43 | $ 891,063.59 | $ 891,063.59 |
| 04/01/2010 | 10/01/09-1/31/10 | $ 700,718.10 | $ 610,653.64 | $ 610,653.64 |
| 07/30/2010 | 6/1/09-9/30/09 (Supplementa | $ 88,992.91 | $ 88,992.91 | $ 88,992.91 |

(Continued on next page)

Dated: ___2/4/2022___            ___/s/ Landon S. Raiford___
                                         (Counsel)

Continuation of disclosure of prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 08/27/2010 | 2/01/10-5/31/10 | $1,365,017.08 | $1,363,183.76 | $1,363,183.76 |
| 11/05/2010 | 6/01/10-9/30/10 | $1,887,828.24 | $1,887,642.97 | $1,887,642.97 |
| 05/18/2011 | 10/1/10-1/31/11 | $1,817,221.18 | $1,816,084.68 | $1,816,084.68 |
| 09/19/2011 | 2/01/11-5/31/11 | $1,334,823.86 | $1,334,823.86 | $1,334,823.86 |
| 11/10/2011 | 6/01/11-9/30/11 | $2,015,657.93 | $2,015,657.93 | $2,015,657.93 |
| 05/16/2012 | 10/1/11-1/31/12 | $1,750,827.54 | $1,748,428.14 | $1,748,428.14 |
| 07/30/2012 | 2/01/12-5/31/12 | $1,111,567.78 | $1,111,567.78 | $1,111,567.78 |
| 11/14/2012 | 6/01/12-9/30/12 | $1,116,480.09 | $1,116,480.09 | $1,116,480.09 |
| 03/13/2013 | 10/1/12-1/31/13 | $1,107,794.47 | $1,107,794.47 | $1,107,794.47 |
| 07/11/2013 | 2/01/13-5/31/13 | $1,160,067.53 | $1,160,067.53 | $1,160,067.53 |
| 10/31/2013 | 6/01/13-9/30/13 | $1,161,713.91 | $1,161,713.91 | $1,161,713.91 |
| 04/09/2014 | 10/1/13-1/31/14 | $1,121,578.41 | $1,121,578.41 | $1,121,578.41 |
| 08/14/2014 | 2/1/14 -5/31/14 | $538,973.71 | $538,973.71 | $538,973.71 |
| 11/21/2014 | 6/1/14 –9/30/14 | $249,526.79 | $249,526.79 | $249,526.79 |
| 04/06/2015 | 10/1/14-1/31/15 | $234,105.74 | $234,105.74 | $234,105.74 |
| 8/25/2015 | 2/1/15-5/31/15 | $274,234.55 | $269,065.14 | $269,065.14 |
| 12/3/2015 | 6/1/15-9/30/15 | $433,065.56 | $433,065.56 | $433,065.56 |
| 4/7/2016 | 10/1/10-1/31/16 | $530,581.81 | $530,581.81 | $530,581.81 |
| 7/14/2016 | 2/01/16-5/31/16 | $325,006.24 | $325,006.24 | $325,006.24 |
| 11/7/2016 | 6/1/16-9/30/16 | $634,356.49 | $634,356.49 | $634,356.49 |
| 4/11/2017 | 10/1/16-1/31/17 | $225,157.06 | $225,157.06 | $225,157.06 |
| 9/22/2017 | 2/1/17-5/31/17 | $202,707.15 | $202,707.15 | $202,707.15 |
| 12/1/2017 | 6/1/17-9/30/17 | $219,096.86 | $219,096.86 | $219,096.86 |
| 5/11/2017 | 10/1/17-1/31/18 | $181,306.67 | $181,306.67 | $181,306.67 |
| 8/10/2018 | 2/1/18-5/31/18 | $171,612.64 | $171,612.64 | $171,612.64 |
| 11/30/2018 | 6/1/18-9/30/18 | $121,240.59 | $121,240.59 | $121,240.59 |
| 4/26/2019 | 10/1/18-1/31/19 | $189,670.51 | $189,670.51 | $189,670.51 |
| 8/22/2019 | 2/1/19-5/31/19 | $86,382.06 | $86,382.06 | $86,382.06 |
| 4/1/2020 | 6/1/19-1/31/20 | $349,631.67 | $349,631.67 | $349,631.67 |
| 10/19/2020 | 2/1/20-5/31/20 | $88,479.48 | $88,479.48 | $88,479.48 |
| 1/25/2021 | 6/1/20-9/30/20 | $39,790.21 | $39,790.21 | $39,790.21 |

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 4/1/2021 | 10/1/20-1/31/21 | $149,579.96 | $149,579.96 | $149,579.96 |
| 8/26/2021 | 2/1/21-5/31/21 | $210,152.44 | $210,152.44 | $210,152.44 |