# Exhibit A

## TIME SUMMARY BY ATTORNEY

| Rank | Full Name | Law School Class | Admitted to Practice | Billing Rate | Time | Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| **ATTORNEYS** | | | | | | |
| Partner | Landon S. Raiford | 2008 | 2008 | 975 | 130.7 | $127,432.50 |
| **Partner Total** | | | | | **130.7** | **$127,432.50** |
| | | | | | | |
| Associate | Adam T. Swingle | 2018 | 2018 | 660 | 0.3 | $198.00 |
| **Associate Total** | | | | | **0.3** | **$198.00** |
| | | | | | | |
| **ATTORNEY TOTAL** | | | | | **131** | **$127,630.50** |
| | | | | | | |
| **PARAPROFESSIONALS** | | | | | | |
| Paraprofessional | Catherine R. Caracci | N/A | N/A | 360 | 10 | $3,600.00 |
| **PARAPROFESSIONAL TOTAL** | | | | | **10** | **$3,600.00** |
| | | | | TOTAL | 141 | $131,230.50 |