# Exhibit B

| TIME SUMMARY BY CATEGORY ||||| 
|---|---|---|---|---|
| Matter | Full Name | Billing Rate | Time | Amount |
| | | | | |
| **CASE ADMINISTRATION - 10100** ||||| 
| | Landon S. Raiford | 975 | 91.9 | $89,602.50 |
| | Catherine R. Caracci | 360 | 1.3 | $468.00 |
| | **Total** | | **93.2** | **$90,070.50** |
| | | | | |
| **CREDITOR COMMUNICATIONS - 10130** ||||| 
| | Landon S. Raiford | 975 | 20.4 | $19,890.00 |
| | **Total** | | **20.4** | **$19,890.00** |
| | | | | |
| **FEE/EMPLOYMENT APPLICATIONS - 10140** ||||| 
| | Landon S. Raiford | 975 | 18.4 | $17,940.00 |
| | Adam T. Swingle | 660 | 0.3 | $198.00 |
| | Catherine R. Caracci | 360 | 8.7 | $3,132.00 |
| | **Total** | | **27.4** | **$21,270.00** |
| | | | | |
| **GRAND TOTAL** | | | **141** | **$131,230.50** |