# Exhibit C

# June 2021

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:              48378

RONALD R. PETERSON, AS TRUSTEE OF                          JULY 6, 2021
ATTN: RONALD R. PETERSON                          INVOICE #  9584945
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED                          $ 23,010.00
THROUGH JUNE 30, 2021:

DISBURSEMENTS                                              $ .00

                                    TOTAL INVOICE          $ 23,010.00

**JENNER & BLOCK LLP**
LAW OFFICES
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

RONALD R. PETERSON, AS TRUSTEE OF
ATTN: RONALD R. PETERSON
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  48378

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2021:

**CASE ADMINISTRATION**                                                        **MATTER NUMBER - 10100**

| | | | | |
|---|---|---|---|---|
| 6/02/21 | LSR | 2.40 | Reviewed updated allocation. | 2,340.00 |
| 6/08/21 | LSR | 2.10 | Follow up re total recovery by creditors. | 2,047.50 |
| 6/11/21 | LSR | 3.00 | Updated and reviewed allocation for 2021 distribution. | 2,925.00 |
| 6/14/21 | LSR | 1.20 | Communications w Trustee 2021 distributions | 1,170.00 |
| 6/14/21 | LSR | 2.60 | Worked on K-1 issues | 2,535.00 |
| 6/18/21 | LSR | 3.00 | Continued to work on expense allocation | 2,925.00 |
| 6/22/21 | LSR | 1.40 | Continued to address tax issues. | 1,365.00 |
| 6/23/21 | LSR | 2.40 | Worked on expense allocation. | 2,340.00 |
| 6/24/21 | LSR | 1.30 | Continued to address tax issues. | 1,267.50 |
| | | 19.40 | PROFESSIONAL SERVICES | $ 18,915.00 |

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 19.40 | 975.00 | 18,915.00 |
| TOTAL | 19.40 | | $ 18,915.00 |

MATTER 10100 TOTAL                                                          $ 18,915.00

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CREDITOR COMMUNICATIONS**                                    **MATTER NUMBER - 10130**

| | | | | |
|---|---|---|---|---:|
| 6/01/21 | LSR | 2.70 | Responded to creditor inquiries. | 2,632.50 |
| | | 2.70 | PROFESSIONAL SERVICES | $ 2,632.50 |

**SUMMARY OF CREDITOR COMMUNICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| LANDON S. RAIFORD | 2.70 | 975.00 | 2,632.50 |
| TOTAL | 2.70 | | $ 2,632.50 |

MATTER 10130 TOTAL                                                        $ 2,632.50

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**                    **MATTER NUMBER - 10140**

| 6/08/21 | LSR | .40 | Edited May invoice. | 390.00 |
|---------|-----|-----|---------------------|--------|
| 6/15/21 | LSR | 1.10 | Drafted fee letter | 1,072.50 |
|  |  | 1.50 | PROFESSIONAL SERVICES | $ 1,462.50 |

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 1.50 | 975.00 | 1,462.50 |
| TOTAL | 1.50 |  | $ 1,462.50 |

| MATTER 10140 TOTAL |  | $ 1,462.50 |
|--------------------|--|------------|
|  | TOTAL INVOICE | $ 23,010.00 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 23.60 | 975.00 | 23,010.00 |
| TOTAL | 23.60 |  | $ 23,010.00 |

# July 2021

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:          48378

RONALD R. PETERSON, AS TRUSTEE OF                     AUGUST 16, 2021
ATTN: RONALD R. PETERSON                              INVOICE #  9588925
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED                    $ 22,035.00
THROUGH JULY 31, 2021:

DISBURSEMENTS                                           $ 26.41

                              TOTAL INVOICE           $ 22,061.41

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

RONALD R. PETERSON, AS TRUSTEE OF
ATTN: RONALD R. PETERSON
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  48378

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2021:

**CASE ADMINISTRATION**                            **MATTER NUMBER - 10100**

| 7/19/21 | LSR | 3.10 | Continued working on updating allocation for 2021 distribution. | 3,022.50 |
|---------|-----|------|------------------------------------------------------------------|----------|
| 7/22/21 | LSR | 1.10 | Updated allocation for 2021 distributions. | 1,072.50 |
| 7/26/21 | LSR | 5.60 | Worked on expense allocation (2.6); looked into potential distribution numbers for 2021 (3.0). | 5,460.00 |
| 7/27/21 | LSR | 1.50 | Continued to work on K-1 issues. | 1,462.50 |
| 7/28/21 | LSR | 2.30 | Continued to address various tax issues. | 2,242.50 |
|         |     | 13.60 | PROFESSIONAL SERVICES | $ 13,260.00 |

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 13.60 | 975.00 | 13,260.00 |
| TOTAL | 13.60 | | $ 13,260.00 |

MATTER 10100 TOTAL                                              $ 13,260.00

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CREDITOR COMMUNICATIONS**                                        **MATTER NUMBER - 10130**

| | | | | |
|---|---|---|---|---|
| 7/07/21 | LSR | 2.00 | Responded to several creditor inquiries. | 1,950.00 |
| 7/08/21 | LSR | 1.60 | Responded to creditor inquiries. | 1,560.00 |
| 7/12/21 | LSR | .80 | Call with creditor re various case-related issues | 780.00 |
| 7/21/21 | LSR | 1.10 | Responded to investor inquiries. | 1,072.50 |
| | | 5.50 | PROFESSIONAL SERVICES | $ 5,362.50 |

**SUMMARY OF CREDITOR COMMUNICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 5.50 | 975.00 | 5,362.50 |
| TOTAL | 5.50 | | $ 5,362.50 |

MATTER 10130 TOTAL                                                             $ 5,362.50

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**                    **MATTER NUMBER - 10140**

| 7/06/21 | LSR | .80 | Edited June invoice | 780.00 |
|---|---|---|---|---|
| 7/28/21 | LSR | 1.30 | Began working on latest round of fee applications. | 1,267.50 |
| 7/29/21 | LSR | 1.40 | Continued working on fee application. | 1,365.00 |
| | | 3.50 | PROFESSIONAL SERVICES | $ 3,412.50 |

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 3.50 | 975.00 | 3,412.50 |
| TOTAL | 3.50 | | $ 3,412.50 |

| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021; Period: 4/01/2021 Through 6/30/2021. | .60 |
|---|---|---|
| | TOTAL DISBURSEMENTS | $ .60 |

| MATTER 10140 TOTAL | $ 3,413.10 |
|---|---|

# August 2021

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:          48378

RONALD R. PETERSON, AS TRUSTEE OF                    SEPTEMBER 8, 2021
ATTN: RONALD R. PETERSON                              INVOICE #  9594360
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

FOR PROFESSIONAL SERVICES RENDERED                    $ 50,979.00
THROUGH AUGUST 31, 2021:

DISBURSEMENTS                                            $ 26.41

                              TOTAL INVOICE            $ 51,005.41

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

RONALD R. PETERSON, AS TRUSTEE OF
ATTN: RONALD R. PETERSON
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  48378

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2021:

**CASE ADMINISTRATION**                                          **MATTER NUMBER - 10100**

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 7/19/21 | LSR | 3.10 | Continued working on updating allocation for 2021 distribution. | 3,022.50 |
| 7/22/21 | LSR | 1.10 | Updated allocation for 2021 distributions. | 1,072.50 |
| 7/26/21 | LSR | 5.60 | Worked on expense allocation (2.6); looked into potential distribution numbers for 2021 (3.0). | 5,460.00 |
| 7/27/21 | LSR | 1.50 | Continued to work on K-1 issues. | 1,462.50 |
| 7/28/21 | LSR | 2.30 | Continued to address various tax issues. | 2,242.50 |
| 8/02/21 | LSR | 2.00 | Worked with financial advisor on finalizing latest expense reallocation. | 1,950.00 |
| 8/03/21 | LSR | 1.50 | Reviewed draft of allocation analysis. | 1,462.50 |
| 8/10/21 | LSR | 2.70 | Reviewed and edited allocation draft (1.2); reviewed Form 1 and Form 2 for upcoming distribution (1.5). | 2,632.50 |
| 8/16/21 | CRC | .20 | Updated service list with new address. | 72.00 |
| 8/18/21 | LSR | 1.00 | Updated expense allocation through end of 2020. | 975.00 |
| 8/20/21 | LSR | 2.00 | Worked on updated Form 1 and Form 2 for UST approval for upcoming distribution. | 1,950.00 |
| 8/24/21 | LSR | 2.30 | Continued to work on 2021 distribution plan. | 2,242.50 |
| 8/25/21 | LSR | .50 | Communications w Huron re distribution. | 487.50 |
| 8/26/21 | LSR | 3.30 | Reviewed K-1 update (1.0); worked on ensuring correct addresses for K-1 recipients (2.3). | 3,217.50 |
| 8/27/21 | LSR | 1.40 | Worked on holdback calculation for potential distribution. | 1,365.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| 8/31/21 | LSR | .30 | Addressed issue re bank fees for reallocation purposes. | 292.50 |
| | | 30.80 | PROFESSIONAL SERVICES | $ 29,907.00 |

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 30.60 | 975.00 | 29,835.00 |
| CATHERINE R. CARACCI | .20 | 360.00 | 72.00 |
| TOTAL | 30.80 | | $ 29,907.00 |

| MATTER 10100 TOTAL | | | $ 29,907.00 |

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CREDITOR COMMUNICATIONS**                              **MATTER NUMBER - 10130**

| | | | | |
|---|---|---|---|---:|
| 7/07/21 | LSR | 2.00 | Responded to several creditor inquiries. | 1,950.00 |
| 7/12/21 | LSR | .80 | Call with creditor re various case-related issues | 780.00 |
| 7/21/21 | LSR | 1.10 | Responded to investor inquiries. | 1,072.50 |
| 8/12/21 | LSR | .60 | Responded to investor inquiries. | 585.00 |
| 8/17/21 | LSR | 1.80 | Communications with investors. | 1,755.00 |
| 8/27/21 | LSR | 1.30 | Responded to numerous inquiries re K-1 timing. | 1,267.50 |
| | | 7.60 | PROFESSIONAL SERVICES | $ 7,410.00 |

**SUMMARY OF CREDITOR COMMUNICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| LANDON S. RAIFORD | 7.60 | 975.00 | 7,410.00 |
| TOTAL | 7.60 | | $ 7,410.00 |

MATTER 10130 TOTAL                                               $ 7,410.00

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**                    **MATTER NUMBER - 10140**

| | | | | |
|---|---|---|---|---|
| 7/06/21 | LSR | .80 | Edited June invoice | 780.00 |
| 7/28/21 | LSR | 1.30 | Began working on latest round of fee applications. | 1,267.50 |
| 7/29/21 | LSR | 1.40 | Continued working on fee application. | 1,365.00 |
| 8/02/21 | LSR | 1.40 | Continued to draft fee application. | 1,365.00 |
| 8/03/21 | CRC | .40 | Compiled fee applications requested by E. Wooley. | 144.00 |
| 8/04/21 | CRC | .30 | Compiled additional fee applications and sent to E. Wooley for review. | 108.00 |
| 8/09/21 | CRC | .60 | Worked on exhibits to 37th fee application. | 216.00 |
| 8/10/21 | CRC | 1.00 | Worked on exhibits to 37th fee application. | 360.00 |
| 8/12/21 | CRC | 1.60 | Worked on exhibits to fee application. | 576.00 |
| 8/13/21 | LSR | .70 | Reviewed fee application at request of Trustee. | 682.50 |
| 8/16/21 | LSR | 2.00 | Reviewed proposed edits to fee application (1.5); edited August invoice (.5). | 1,950.00 |
| 8/16/21 | CRC | .70 | Finalized fee application exhibits for L. Raiford's review. | 252.00 |
| 8/25/21 | CRC | .70 | Updated and finalized exhibits to fee application. | 252.00 |
| 8/26/21 | LSR | 2.80 | Worked on finalizing fee apps and communications with professional re same. | 2,730.00 |
| 8/26/21 | CRC | 1.80 | Finalized and coordinated filing of 37th fee application; prepared notice, cover sheet, and proposed order for 17th Huron fee application and coordinated filing of same. | 648.00 |
| 8/27/21 | LSR | .40 | Reviewed A. Lasko email re fees. | 390.00 |
| 8/30/21 | CRC | 1.60 | Prepared notice, cover sheet, and proposed order for Lasko fee application and coordinated filing of same. | 576.00 |
| | | 19.50 | PROFESSIONAL SERVICES | $ 13,662.00 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 10.80 | 975.00 | 10,530.00 |
| CATHERINE R. CARACCI | 8.70 | 360.00 | 3,132.00 |
| TOTAL | 19.50 | | $ 13,662.00 |

| | | |
|---|---|---|
| MATTER 10140 TOTAL | | $ 13,662.00 |

# September 2021

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

CLIENT NUMBER:          48378


RONALD R. PETERSON, AS TRUSTEE OF                          OCTOBER 6, 2021
ATTN: RONALD R. PETERSON                                   INVOICE #  9595174
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456


FOR PROFESSIONAL SERVICES RENDERED                          $ 35,206.50
THROUGH SEPTEMBER 30, 2021:

DISBURSEMENTS                                                 $ .00

                              TOTAL INVOICE        $ 35,206.50

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

RONALD R. PETERSON, AS TRUSTEE OF
ATTN: RONALD R. PETERSON
LANCELOT INVESTORS FUND., L.P. ET. AL.
C/O JENNER & BLOCK LLP
353 NORTH CLARK STREET
CHICAGO, IL  60654-3456

CLIENT NUMBER:  48378

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2021:

**CASE ADMINISTRATION**                              **MATTER NUMBER - 10100**

| Date | Init. | Hours | Description | Amount |
|---|---|---|---|---|
| 9/01/21 | LSR | 3.70 | Communications with professionals re outstanding issues for distribution. | 3,607.50 |
| 9/09/21 | LSR | 2.40 | Continued to work on various tax issues. | 2,340.00 |
| 9/13/21 | LSR | 1.50 | Responded to tax inquiries. | 1,462.50 |
| 9/13/21 | CRC | .30 | Reviewed service list and corresponded with C. Wilson re updated addresses. | 108.00 |
| 9/14/21 | CRC | .20 | Corresponded with C. Wilson re updated service addresses. | 72.00 |
| 9/17/21 | LSR | 3.00 | Continued to work on allocation project. | 2,925.00 |
| 9/21/21 | LSR | 3.60 | Reviewed final draft of allocation through June 30, 2021 | 3,510.00 |
| 9/22/21 | LSR | .50 | Call with Huron re draft of allocation | 487.50 |
| 9/22/21 | CRC | .40 | Searched for updated addresses per C. Wilson's request. | 144.00 |
| 9/23/21 | LSR | 3.20 | Drafted motion to approve allocation of expenses through June 30, 2021 | 3,120.00 |
| 9/24/21 | LSR | 4.00 | Continued drafting and review of materials in connection with motion to approve updating allocation | 3,900.00 |
| 9/27/21 | CRC | .20 | Updated service list. | 72.00 |
| 9/29/21 | LSR | 6.40 | Continued to response to new Petters subpoena (2.2); began process of restarting database for potential document review by requesting party (4.2). | 6,240.00 |
| | | 29.40 | PROFESSIONAL SERVICES | $ 27,988.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**SUMMARY OF CASE ADMINISTRATION**

| NAME | HOURS | RATE | TOTAL |
|------|-------|------|-------|
| LANDON S. RAIFORD | 28.30 | 975.00 | 27,592.50 |
| CATHERINE R. CARACCI | 1.10 | 360.00 | 396.00 |
| TOTAL | 29.40 | | $ 27,988.50 |

| | | | |
|------|-------|------|-------|
| MATTER 10100 TOTAL | | | $ 27,988.50 |

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**CREDITOR COMMUNICATIONS**                                          **MATTER NUMBER - 10130**

| | | | | |
|---|---|---|---|---|
| 9/02/21 | LSR | .80 | Responded to creditor K-1 inquiries. | 780.00 |
| 9/08/21 | LSR | .50 | Responded to creditor inquiries. | 487.50 |
| 9/14/21 | LSR | 1.50 | Responded to creditor inquiries. | 1,462.50 |
| 9/20/21 | LSR | 1.80 | Responded to creditor inquiries | 1,755.00 |
| | | 4.60 | PROFESSIONAL SERVICES | $ 4,485.00 |

**SUMMARY OF CREDITOR COMMUNICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 4.60 | 975.00 | 4,485.00 |
| TOTAL | 4.60 | | $ 4,485.00 |

MATTER 10130 TOTAL                                                          $ 4,485.00

**JENNER & BLOCK LLP**

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**                               **MATTER NUMBER - 10140**

| | | | | |
|---|---|---|---|---|
| 9/01/21 | LSR | .80 | Reviewed fee applications. | 780.00 |
| 9/07/21 | LSR | .70 | Reviewed of professional invoices. | 682.50 |
| 9/08/21 | LSR | 1.10 | Edited August invoice. | 1,072.50 |
| 9/28/21 | ATS | .30 | Attended hearing re Jenner, Huron, and Lasko fee applications. | 198.00 |
| | | 2.90 | PROFESSIONAL SERVICES | $ 2,733.00 |

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 2.60 | 975.00 | 2,535.00 |
| ADAM T. SWINGLE | .30 | 660.00 | 198.00 |
| TOTAL | 2.90 | | $ 2,733.00 |

| | |
|---|---|
| MATTER 10140 TOTAL | $ 2,733.00 |
| TOTAL INVOICE | $ 35,206.50 |

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 35.50 | 975.00 | 34,612.50 |
| ADAM T. SWINGLE | .30 | 660.00 | 198.00 |
| CATHERINE R. CARACCI | 1.10 | 360.00 | 396.00 |
| TOTAL | 36.90 | | $ 35,206.50 |