# Exhibit D

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNT |
|---|---|
| Pacer Charges | $51.80 |
| Postage Expense | $1.02 |
| **TOTAL DISBURSEMENT** | **$52.82** |