# Exhibit E

# July 2021

**JENNER & BLOCK LLP**
Law Offices
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**FEE/EMPLOYMENT APPLICATIONS**  **MATTER NUMBER - 10140**

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 7/06/21 | LSR | .80 | Edited June invoice | 780.00 |
| 7/28/21 | LSR | 1.30 | Began working on latest round of fee applications. | 1,267.50 |
| 7/29/21 | LSR | 1.40 | Continued working on fee application. | 1,365.00 |
| | | 3.50 | PROFESSIONAL SERVICES | $ 3,412.50 |

**SUMMARY OF FEE/EMPLOYMENT APPLICATIONS**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 3.50 | 975.00 | 3,412.50 |
| TOTAL | 3.50 | | $ 3,412.50 |

| Date | Description | Amount |
|---|---|---|
| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021; Period: 4/01/2021 Through 6/30/2021. | .60 |
| | TOTAL DISBURSEMENTS | $ .60 |

MATTER 10140 TOTAL  $ 3,413.10

**JENNER & BLOCK LLP**
Law Offices
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                          **MATTER NUMBER - 10190**

| | | |
|---|---|---:|
| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021; Period: 4/01/2021 through 6/30/2021. | 17.10 |
| 7/08/21 | Quarterly Pacer Charge 07/08/2021 Period: April 01 thru June 30 2021 | 8.20 |
| 7/14/21 | Postage Expense | .51 |
| | TOTAL DISBURSEMENTS | $ 25.81 |

MATTER 10190 TOTAL                                                                        $ 25.81
                                              TOTAL INVOICE            $ 22,061.41

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| LANDON S. RAIFORD | 22.60 | 975.00 | 22,035.00 |
| TOTAL | 22.60 | | $ 22,035.00 |

# August 2021

**JENNER & BLOCK LLP**
Law Offices
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**     **MATTER NUMBER - 10190**

| Date | Description | Amount |
|---|---|---|
| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021; Period: 4/01/2021 through 6/30/2021. | 17.10 |
| 7/08/21 | Quarterly Pacer Charge 07/08/2021 Period: April 01 thru June 30 2021 | 8.20 |
| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021; Period: 4/01/2021 Through 6/30/2021. | .60 |
| 7/14/21 | Postage Expense | .51 |
| | TOTAL DISBURSEMENTS | $ 26.41 |

MATTER 10190 TOTAL     $ 26.41
TOTAL INVOICE     $ 51,005.41

**SUMMARY OF PROFESSIONAL SERVICES**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LANDON S. RAIFORD | 49.00 | 975.00 | 47,775.00 |
| CATHERINE R. CARACCI | 8.90 | 360.00 | 3,204.00 |
| TOTAL | 57.90 | | $ 50,979.00 |