UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Lancelot Investors Fund, LP,** *et al.*, | ) | **Case No. 08-28225,** *et al.* |
| | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | United States Bankruptcy Judge |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
IN SUPPORT OF ORDER AWARDING TO JENNER & BLOCK LLP,
ATTORNEYS FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
THIRTY-NINTH INTERIM PERIOD OF OCTOBER 1, 2021, THROUGH MAY 31, 2022**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $214,738.00 | TOTAL COSTS REQUESTED: | $59.60 |
| TOTAL FEES REDUCED: | $(3,330.00) | TOTAL COSTS REDUCED: | $(0.00) |
| TOTAL FEES ALLOWED: | $211,408.00 | TOTAL COSTS ALLOWED: | $59.60 |

**TOTAL FEES AND COSTS ALLOWED: $211,467.60**

This matter comes before the Court on the Thirty-Ninth interim fee application (the "Thirty-Ninth Application")(terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion) of Jenner & Block LLP ("Jenner"), as counsel for the Chapter 7 Trustee, for services rendered and for reimbursement of expenses incurred from October 1, 2021, through May 31, 2022. The basis for entry of this order in accordance with §§ 328, 330, and 331 of title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), the United States Trustee Fee Guidelines—Guidelines for Reviewing Applications for Compensation and Reimbursement of Disbursements Filed under § 330 of the Bankruptcy Code (Appendix A to 28 C.F.R. § 58)(the "UST Guidelines"), and the Administrative Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses of Professionals of this Court. The Court has jurisdiction over the Thirty-Ninth Application under 28 U.S.C. §§ 157, 1334.

Therefore, upon the record herein, and only after due deliberation hereto, for cause appearing in the Thirty-Ninth Application, the total fees requested in the amount of $214,738.00 for services rendered is reduced by the amount of $3,330.00. The disallowance of the total fees requested for services rendered in the amount of $3,330.00 by the Court is because the fee amount appears to be a computational or typographical error. Where there are two identical entries (same day, same tasks, same time billed), the Court will consider one of the entries to be a typographical error. *Compare* Docket No. 2244, p. 11 (highlighting fees for case administration in the amount of $114,757.00); *with Id.,* at p. 21 (summarizing fees for case administration in the amount of $118,087.00). Consequently, Jenner is hereby allowed, and the Trustee is authorized to pay total fees for services rendered in the amount of $211,408.00.

In light of the foregoing, it is **HEREBY ORDERED** that the Motion is **GRANTED**, in part, and **DISALLOWED**, in part, as follows:

1.  Jenner is hereby allowed, and the Trustee is authorized to pay fees of $211,408.00 for services rendered and reimbursement of $59.60 in expenses incurred from October 1, 2021, through May 31, 2022, in connection with the above-captioned cases.

2.  All objections to the Thirty-Ninth Application or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, hereby are overruled on the merits.

3.  The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS ORDERED** as set forth below:

*Jacqueline P. Cox*
J. Cox

Date: **October 11, 2022**.          By the Court: _____

**Honorable Jacqueline P. Cox,**
**United States Bankruptcy Judge**

2