UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Lancelot Investors Fund, LP,** *et al.,* | **Case No. 08-28225,** *et al.* (Jointly Administered) |
| Debtor | Honorable Jacqueline P. Cox, United States Bankruptcy Judge |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT
OF ORDER AWARDING HURON CONSULTING SERVICES, LLC,
TRUSTEE'S FINANCIAL ADVISOR, ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE TWENTIETH INTERIM PERIOD OF FEB. 1, 2022, THROUGH MAY 31, 2022**

**(DOCKET NO. 2247)**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 35,004.50 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ (0.00) | TOTAL COSTS REDUCED: | $ (0.00) |
| TOTAL FEES ALLOWED: | $ 35,004.50 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $35,004.50**

This matter comes before the Court on the twentieth (20) interim fee application of Huron Consulting Services, LLC (the "Applicant"), for professional services rendered as financial advisors to the chapter 7 trustee during the interim period of February 1, 2022, through May 31, 2022 (the "Application") (Docket No. 2247). In light of the foregoing, it is **HEREBY ORDERED** that the Application is **GRANTED** as follows:

1.  The Applicant is hereby allowed fees in the amount of $35,004.50 for professional services rendered to the chapter 7 trustee during the twentieth (20) interim period of February 1, 2022, through May 31, 2022 in connection with the above-captioned cases.

2.  The chapter 7 trustee is authorized to pay the Applicant for the professional services rendered during the twentieth interim period that have not yet been paid.

3.  The Court shall retain jurisdiction to hear and determine all matters arising from implementing this Order or Application hereto.

**IT IS ORDERED** as set forth below:

Date: **October 20, 2022**            By the Court: _____

**Honorable Jacqueline P. Cox,
United States Bankruptcy Judge**