UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Chapter 7 |
|---|---|
| **Lancelot Investors Fund, LP, *et al.,*** | **Case No. 08-28225, *et al.*** (Jointly Administered) |
| Debtor | Honorable Jacqueline P. Cox, United States Bankruptcy Judge |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT
OF ORDER AWARDING HURON CONSULTING SERVICES, LLC,
TRUSTEE'S FINANCIAL ADVISOR, ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE NINETEENTH INTERIM PERIOD OF OCT. 31, 2021, THROUGH JAN. 31, 2022**

**(DOCKET NO. 2246)**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 12,022.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ (0.00) | TOTAL COSTS REDUCED: | $ (0.00) |
| TOTAL FEES ALLOWED: | $ 12,022.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $12,022.00**

The matter comes before the Court on the nineteenth (19) interim fee application of Huron Consulting Services, LLC (the "Applicant"), for professional services rendered as financial advisors to the chapter 7 trustee during the interim period of October 31, 2021, through January 31, 2022 (the "Application") (Docket No. 2246). In light of the foregoing, it is **HEREBY ORDERED** that the Application is **GRANTED** as follows:

1.   The Applicant is hereby allowed fees in the amount of $12,022.00 for professional services rendered to the chapter 7 trustee during the nineteenth (19) interim period of October 31, 2021, through January 31, 2022, in connection with the above-captioned cases.

2.   The chapter 7 trustee is authorized to pay the Applicant for the professional services rendered during the nineteenth interim period that have not yet been paid.

3.   The Court shall retain jurisdiction to hear and determine all matters arising from implementing this Order or Application hereto.

**IT IS ORDERED** as set forth below:

Date: **October 20, 2022**                    By the Court: _____

Honorable Jacqueline P. Cox,
United States Bankruptcy Judge